USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Otto Archive, LLC,

                   Plaintiff,

    -against-

Decorilla Inc., et al.,

                   Defendants.

1:23-cv-10618 (GHW) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via telephone for a conference in the above-captioned matter on Tuesday, January 16, 2024, at 11 a.m. EST, to address the status of the action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

If Defendants have not appeared as of that date, Plaintiff is still required to appear for the telephone conference. In addition, if Defendants have been in communication with Plaintiff's counsel, Plaintiff's counsel shall advise Defendants of the scheduling of the conference.

**SO ORDERED.**

Dated: New York, New York
       January 3, 2024

_____
STEWART D. AARON
United States Magistrate Judge