USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/22/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OTTO ARCHIVE, LLC

Plaintiff,

v.

DECORILLA INC., et al.

Defendants.

Case No. 23-cv-10618

## ORDER

Upon consideration of the Joint Letter Motion by Defendant Decorilla Inc. to Place Permanent Seal on Two Exhibits Filed With Defendant Decorilla Inc.'s Motion to Extend Discovery filed on July 15, 2024 (ECF No. 34) (the "Letter Motion"), and the factors articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), it is hereby ORDERED that the Letter Motion is GRANTED.

Exhibit 1 and Exhibit 2 to Decorilla Inc.'s Motion to Extend Discovery (Doc 34) are placed under seal until further order of the Court.

SO ORDERED:

_____

**Hon. Stewart D. Aaron**
**United States Magistrate Judge**
**Dated:** July 22, 2024