**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OTTO ARCHIVE, LLC | Case No. 1:23-cv-10618-GHW-SDA |
| Plaintiff, | |
| v. | |
| DECORILLA INC., et al. | |
| Defendants. | |

**ORDER**

Upon consideration of the Joint Letter Motion by Plaintiff Otto Archive, LLC to Place Permanent Seal on Two Exhibits Filed With Defendant Decorilla Inc.'s Motion to Extend Discovery filed July 15, 2024 (Doc. 34), The Court having found that Plaintiff has made the required showing (*see* ECF No. 52), it is hereby ordered that the Letter Motion is GRANTED.

Exhibit 1 and Exhibit 2 to Decorilla Inc.'s Motion to Extend Discovery (Doc. 34) are placed under seal until further order of the Court.

SO ORDERED:

Dated: September 28, 2024

Hon. Stewart D. Aaron
United States Magistrate Judge