UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Otto Archive LLC,

                     Plaintiff,

    -against-

Decorilla Inc., et al.,

                     Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024
```

1:23-cv-10618 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The Court has reviewed the Joint Letter from the parties, dated November 7, 2024, seeking a binding determination by the Court as to the meaning of the term "all claims" in the Court's settlement proposal that was accepted by the parties. (*See* Joint 11/7/24 Ltr., ECF No. 59, at 1, 3.) The Court finds that the term "all claims" means all claims asserted by Plaintiff in this action. Plaintiff has represented to the Court its agreement to have the settlement include a release of all claims of which it is aware; that is, all known claims. (*See id*. at 1.) However, the settlement shall not include unknown claims.

**SO ORDERED.**

Dated:     New York, New York
            November 12, 2024

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge